# CREIZMAN LLC

565 Fifth Avenue
7th Floor
New York, New York 10017
tel: (212) 972-0200
fax: (646) 200-5022
ecreiz@creizmanllc.com
www.creizmanllc.com

*Via ECF*

October 16, 2014

The Honorable Sidney H. Stein
United States District Judge
United States District Court for the
Southern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/14

**Re: *United States v. Jay Seitz*, Criminal Docket No. 12-921 (SHS)**

Dear Judge Stein:

We are in receipt of Your Honor's Order denying Dr. Seitz's motion for bail pending appeal. We intend to file an appeal of that denial to the Second Circuit shortly. As the Court is aware, Dr. Seitz is scheduled to surrender tomorrow, October 17, 2014, to the facility to which he was designated by the Bureau of Prisons, FCI Fort Dix. We respectfully request that the Court extend his surrender date for two weeks to enable the appeal of the denial motion for bail pending appeal to be resolved by the Second Circuit.

I have sent an email to the government requesting its position as to this motion to extend Dr. Seitz's surrender date, but we have not received a response yet, and I did not believe that I should delay filing this urgent request.

Accordingly, we respectfully request that the Court extend Dr. Seitz's surrender date from October 17, 2014 to October 31, 2014.

I thank the Court for its consideration in this matter.

Respectfully submitted,
/s/ Eric M. Creizman
Eric M. Creizman (EC-7684)

10/16/14 Application denied. So ordered.
[signature]
U.S.D.J.

**MEMO ENDORSED**